# Third District Court of Appeal
## State of Florida

Opinion filed May 21, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0573
Lower Tribunal No. 23-7437-CC-21
_____

**Andrea Chavez,**
Appellant,

vs.

**Jousy Garrido,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Milena Abreu, Judge.

EPGD Attorneys at Law, P.A., and Carla V. Llaneza and Oscar A. Gomez, for appellant.

Michael A. Pizzi, Jr., P.A., and Michael A. Pizzi, Jr., for appellee.

Before LOGUE, C.J., and SCALES and BOKOR, JJ.

PER CURIAM.

Appellant challenges a money judgment entered against her after a non-jury trial on the basis that the damages awarded are not supported by

competent substantial evidence. Appellant, however, has failed to provide a transcript of the trial. This Court therefore is constrained to affirm. <u>See Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal. The trial court should have been affirmed because the record brought forward by the appellant is inadequate to demonstrate reversible error.").

Affirmed.